No. 74–1064.  WATERS ET AL. v. WISCONSIN STEEL WORKS OF INTERNATIONAL HARVESTER CO. ET AL.; and
No. 74–1350.  UNITED ORDER OF AMERICAN BRICKLAYERS & STONE MASONS, LOCAL 21 v. WATERS ET AL.  C. A. 7th Cir.  Certiorari denied.  MR. JUSTICE STEVENS

took no part in the consideration or decision of these petitions. Reported below: 502 F. 2d 1309.